# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO SANTOS-MORANTES,<br><br>Defendant. | Case No.: 18CR3042-BAS<br><br>**JUDGMENT AND ORDER GRANTING MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

Upon application, for good cause shown, the United States' motion to dismiss the indictment pursuant to Fed. R. Crim. Proc. 48(a) is GRANTED. The case is ordered dismissed without prejudice.

**IT IS SO ORDERED.**

**DATED: August 2, 2018**

Hon. Cynthia Bashant
United States District Judge